FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2013 JAN 28 PM 4:47
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| WILLIAM KENNETH CAPPS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV512-078 |

## O R D E R

Before the Court is Petitioner's "Motion for Order." (Doc. 18.) No objections were timely filed to the Magistrate Judge's Report and Recommendation. (Doc. 8.) After a de novo review, this Court then adopted the report and recommendation and entered judgment dismissing the § 2255 petition. (Doc. 11.) Petitioner timely filed his notice of appeal. (Doc. 13.) Petitioner then filed what was originally docketed as objections to the report and recommendation. (Doc. 18.) However, the Eleventh Circuit has since construed this filing as a motion for reconsideration or relief under Federal Rule of Appellate Procedure 4. If construed as a request for relief under Federal Rule of Appellate Procedure 4, Petitioner's motion must be **DISMISSED AS MOOT** because he timely filed an appeal to the judgment and no extension of time is necessary.

Alternatively, any purported objections raised by Petitioner in his "Motion for Order [where] Petitioner is Making Objections to the [Report and Recommendation]" are similarly without merit. The Court can find no reason to disturb its prior order. Accordingly, Petitioner's motion (Doc. 18) is **DENIED**.

SO ORDERED this 28th day of January 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA